| Debtor 1 | **John** | **David** | **McComas** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Christine** | **Lee** | **McComas** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court - District of Hawaii

Case number   **24-00960**

Local Form H1009-1 (4/2024)

# Cover Sheet for Amendments

## Part 1: Amendments (attach amended documents to this cover sheet)

*Check all of the following that are being amended.*

Schedules: ☐ A/B  ☑ C  ☐ G  ☐ H  ☐ I  ☐ J

☐ Statement of Financial Affairs

☐ Chapter 7 Statement of Intention

☐ Chapter 7 Statement of Current Monthly Income (122A-1)

☐ Chapter 7 Means Test Calculation (122A-2)

☐ Chapter 13 Statement of Current Monthly Income (122C-1) and Calculation of Disposable Income (122C-2)

☐ Other:

> **Amendments requiring $34 filing fee**
>
> Schedules: ☑ D  ☑ E/F
>
> ☐ Creditor List – *no fee required for amended list if:*
>   - *only updating an address or*
>   - *only adding a creditor's attorney*

## Part 2: Declaration

Under penalty of perjury, the undersigned declares that I have read the documents filed with this declaration and that they are true and correct.

*[If filing electronically through ECF, a **Declaration re: Electronic Filing** with original signatures must be **filed** not later than 7 days after filing the amendments.]*

| | |
|---|---|
| **/s/ John David McComas** | **/s/ Christine Lee McComas** |
| John David McComas | Christine Lee McComas |
| Debtor 1 | Debtor 2 |
| Dated:   **11/18/2024** | Dated:   **11/18/2024** |

## Part 3: Certificate of Service (attach a list of names and addresses where notice was sent)

The undersigned certifies:

☑ Notice of an amended list, schedule, or statement that affects a creditor or party in interest has been served on each affected entity identified on the attached service list.

☐ A copy of the Notice of Bankruptcy Case, Meeting of Creditors, & Deadlines has been served on any added creditors and parties in interest identified on the attached service list.

Dated:   **11/18/2024**

**/s/ Rick Abelmann**
Rick Abelmann

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **John** | **David** | **McComas** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Christine** | **Lee** | **McComas** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: District of | | **Hawaii** | |
| Case number (if known) | **24-00960** | | |

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own. Copy the value from *Schedule A/B* | Amount of the exemption you claim. *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **15-1769 15th Avenue Keaau, HI 96749** | **$460,700.00** | ☑ **$84,359.00** | **11 USC § 522(b)(3)(B)** |
| Line from *Schedule A/B*: **1.1** | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **2009 Nissan Xterra** | **$1,906.00** | ☑ **$953.00** | **HRS § 651-121(2)** |
| Line from *Schedule A/B*: **3.2** | | ☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

U.S. Bankruptcy Court - Hawaii  #24-00960  Dkt # 8  Filed  11/18/24  Page 2 of 44

| Debtor 1 | John | David | McComas | Case number *(if known)* 24-00960 |
| Debtor 2 | Christine | Lee | McComas | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2008 Toyota Highlander**<br>Line from *Schedule A/B*: **3.3** | $3,023.00 | ☑ **$1,512.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | HRS § 651-121(2) |
| Brief description: **Household goods and furnishings**<br>Line from *Schedule A/B*: **6** | $1,000.00 | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | HRS § 651-121(1) |
| Brief description: **Electronics**<br>Line from *Schedule A/B*: **7** | $1,500.00 | ☑ **$1,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | HRS § 651-121(1) |
| Brief description: **Firearms**<br>Line from *Schedule A/B*: **10** | $1,000.00 | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | HRS § 651-121(1) |
| Brief description: **Clothes**<br>Line from *Schedule A/B*: **11** | $500.00 | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | HRS § 651-121(1) |
| Brief description: **Bank of Hawaii** **Checking account**<br>Line from *Schedule A/B*: **17** | $318.37 | ☑ **$318.37**<br>☐ 100% of fair market value, up to any applicable statutory limit | HRS § 651-121(6) |
| Brief description: **Big Island FCU** **Savings account**<br>Line from *Schedule A/B*: **17** | $50.14 | ☑ **$50.14**<br>☐ 100% of fair market value, up to any applicable statutory limit | HRS § 651-121(6) |

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed 11/18/24   Page 3 of 44

**Part 2:**    Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **First Hawaiian Bank**<br>**Savings account**<br><br>Line from *Schedule A/B:* __17__ | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **HRS § 651-121(6)** |
| Brief description: **BMO**<br>**Checking account**<br><br>Line from *Schedule A/B:* __17__ | **$231.00** | ☑ **$231.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **HRS § 651-121(6)** |
| Brief description: **Bank of Hawaii**<br>**Checking account**<br><br>Line from *Schedule A/B:* __17__ | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **HRS § 651-121(6)** |
| Brief description: **First Hawaiian Bank**<br>**Checking account**<br><br>Line from *Schedule A/B:* __17__ | **$2,000.00** | ☑ **$2,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **HRS § 651-121(6)** |
| Brief description: **Joint 100% Membership interest in ABCO Books LLC with value based on assets (Furniture & equipment, $850, bank account $215), less liabilities ($0)**<br><br>Line from *Schedule A/B:* __19__ | **$1,065.00** | ☑ **$1,065.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **HRS § 651-121(3)** |
| Brief description: **Roth IRA**<br><br>Line from *Schedule A/B:* __21__ | **$1,851.61** | ☑ **$1,851.61**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| Brief description: **Roth IRA**<br><br>Line from *Schedule A/B:* __21__ | **$1,851.61** | ☑ **$1,851.61**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| Brief description: **IRA**<br><br>Line from *Schedule A/B:* __21__ | **$4,745.10** | ☑ **$4,745.10**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed   11/18/24   Page 4 of 44

| Debtor 1 | John | David | McComas | Case number (if known) | 24-00960 |
|---|---|---|---|---|---|
| Debtor 2 | Christine | Lee | McComas | | |
| | First Name | Middle Name | Last Name | | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **IRA**<br><br>Line from *Schedule A/B:* **21** | **$619.30** | ☑ **$619.30**<br><br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| Brief description: **Roth IRA**<br><br>Line from *Schedule A/B:* **21** | **$894.31** | ☑ **$894.31**<br><br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed  11/18/24   Page 5 of 44

| Debtor 1 | **John** | **David** | **McComas** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Christine** | **Lee** | **McComas** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of   **Hawaii**

Case number (if known)   **24-00960**

☑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

## Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1**

| **Big Island Fcu** | Describe the property that secures the claim: | $97,155.00 | $460,700.00 | $0.00 |
|---|---|---|---|---|
| Creditor's Name | | | | |
| **66 Lono St** | **15-1769 15th Avenue Keaau, HI 96749** | | | |
| Number    Street | | | | |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Hilo, HI 96720**
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)    **CreditLineSecured**

Date debt was incurred    **12/1/2022**    Last 4 digits of account number    **U   I   T   Y**

| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$97,155.00** | |
|---|---|---|

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed 11/18/24   Page 6 of 44

| **Part 1:** | **Additional Page** | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.2** **Planet Home Lending, LLC**

Describe the property that secures the claim:  **$279,186.00**  **$460,700.00**  **$0.00**

Creditor's Name

**321 Research Parkway Suite 303**

| 15-1769 15th Avenue Keaau, HI 96749 |
|---|

Number        Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Meriden, CT 06450**

☐ Unliquidated

City        State        ZIP Code

☑ Disputed

**Who owes the debt?** *Check one.*

**Nature of lien.** Check all that apply.

☐ Debtor 1 only

☐ An agreement you made (such as mortgage or secured car loan)

☑ Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Debtor 1 and Debtor 2 only

☐ Judgment lien from a lawsuit

☐ At least one of the debtors and another

☐ Other (including a right to offset) _____

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**   **2/1/2021**   **Last 4 digits of account number**   **0  3  2  1**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$279,186.00** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$376,341.00** |

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed  11/18/24   Page 7 of 44

**Fill in this information to identify your case:**

| Debtor 1 | **John** | **David** | **McComas** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Christine** | **Lee** | **McComas** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of ___**Hawaii**___

Case number   **24-00960**
(if known)

☑ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:     List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ☐ No. Go to Part 2.
   - ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Department of Taxation** | Last 4 digits of account number ___ ___ ___ ___ | $5,800.00 | $5,800.00 | $0.00 |

Priority Creditor's Name
**Attn: Bankruptcy Unit**

**PO Box 259**

Number          Street

**Honolulu, HI 96809**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**When was the debt incurred?**          **2021, 2022, 2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed  11/18/24   Page 8 of 44

| Debtor 1 | John | David | McComas | | Case number *(if known)* | 24-00960 |
|---|---|---|---|---|---|---|
| Debtor 2 | Christine | Lee | McComas | | | |
| | First Name | Middle Name | Last Name | | | |

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number __ __ __ __ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name

**Centralized Insolvency Operation**
When was the debt incurred?            2023

**P.O. Box 7346**

Number        Street

**Philadelphia, PA 19101**
**As of the date you file, the claim is:** Check all that apply.

City             State        ZIP Code
☐ Contingent

**Who incurred the debt?** Check one.
☐ Unliquidated

☐ Debtor 1 only
☑ Disputed

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only
**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another
☐ Domestic support obligations

☐ **Check if this claim is for a community debt**
☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

**Is the claim subject to offset?**
☐ Other. Specify _____

☑ No

☐ Yes

U.S. Bankruptcy Court - Hawaii   #24-00960  Dkt # 8  Filed  11/18/24   Page 9 of 44

## Part 2:  List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|
| | | |

---

**4.1** **Affirm, Inc.**

Nonpriority Creditor's Name

**30 Isabella St Fl 4**

Number          Street

**Pittsburgh, PA 15212-5862**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   Q   Q   3   Z          **$0.00**

**When was the debt incurred?**          **12/1/2019**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Unsecured**

---

**4.2** **Amex**

Nonpriority Creditor's Name

**Correspondence/Bankruptcy**

**Po Box 981540**

Number          Street

**El Paso, TX 79998-1540**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   5   5   7   7          **$1,012.00**

**When was the debt incurred?**          **10/1/2019**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

---

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed  11/18/24   Page 10 of 44

| Debtor 1 | John | David | McComas | Case number *(if known)* | **24-00960** |
|---|---|---|---|---|---|
| Debtor 2 | **Christine** | **Lee** | **McComas** | | |
| | First Name | Middle Name | Last Name | | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

---

**4.3**   **Amex**

Nonpriority Creditor's Name

**Correspondence/Bankruptcy**

**Po Box 981540**

Number         Street

**El Paso, TX 79998-1540**

City         State         ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    9  9  2  9       $958.00

When was the debt incurred?       6/1/2019

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

---

**4.4**   **Aspire Serving Center**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 659705**

Number         Street

**West Des Moines, IA 50365-0970**

City         State         ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    0  0  0  1       $0.00

When was the debt incurred?       11/1/2008

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

---

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed  11/18/24   Page 11 of 44

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                    **Total claim**

---

**4.5**

**Bank of America**
Nonpriority Creditor's Name

**PO Box 15796**
Number          Street

**Wilmington, DE 19886**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number     0  7  2  3          **$5,377.00**

When was the debt incurred?          11/1/2021

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

---

**4.6**

**Bank of America**
Nonpriority Creditor's Name

**PO Box 15796**
Number          Street

**Wilmington, DE 19886**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number     9  0  6  7          **$0.00**

When was the debt incurred?          10/1/2021

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

---

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed  11/18/24   Page 12 of 44

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.7** **Barclays Bank Delaware**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 8801**

Number           Street

**Wilmington, DE 19899-8801**

City           State           ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**    8   1   3   3    $9,089.00

**When was the debt incurred?**    8/1/2019

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

---

**4.8** **Barclays Bank Delaware**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 8801**

Number           Street

**Wilmington, DE 19899-8801**

City           State           ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**    7   2   2   9    $5,511.00

**When was the debt incurred?**    3/1/2022

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed  11/18/24   Page 13 of 44

| Debtor 1 | John | David | McComas | Case number *(if known)* | **24-00960** |
|---|---|---|---|---|---|
| Debtor 2 | **Christine** | **Lee** | **McComas** | | |
| | First Name | Middle Name | Last Name | | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

| 4.9 | **Barclays Bank Delaware** | Last 4 digits of account number | 6 7 9 1 | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**

When was the debt incurred? ___9/1/2013___

**Po Box 8801**

Number      Street

**Wilmington, DE 19899-8801**

City      State      ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| 4.10 | **Big Island Fcu** | Last 4 digits of account number | 1 2 2 4 | $20,849.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**66 Lono St**

When was the debt incurred? ___11/1/2023___

Number      Street

**Hilo, HI 96720**

City      State      ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed 11/18/24   Page 14 of 44

## Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.11**

**Big Island Fcu**
Nonpriority Creditor's Name

**66 Lono St**
Number          Street

**Hilo, HI 96720**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    1   3   3   3          $0.00

**When was the debt incurred?**          12/1/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **PartiallySecured**

---

**4.12**

**Big Island Fcu**
Nonpriority Creditor's Name

**66 Lono St**
Number          Street

**Hilo, HI 96720**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    2   3   3   3          $0.00

**When was the debt incurred?**          1/1/2022

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Unsecured**

---

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed  11/18/24   Page 15 of 44

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

### 4.13   Capital One

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 30285**

Number      Street

**Salt Lake City, UT 84130-0285**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   7   1   3   4     **$10,983.00**

When was the debt incurred?    9/1/2013

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

### 4.14   Capital One

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 30285**

Number      Street

**Salt Lake City, UT 84130-0285**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   5   7   3   2     **$10,725.00**

When was the debt incurred?    11/1/2016

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed 11/18/24   Page 16 of 44

| Debtor 1 | John | David | McComas |
|---|---|---|---|
| Debtor 2 | **Christine** | **Lee** | **McComas** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* __24-00960__

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.15** **Capital One**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 30285**

Number          Street

**Salt Lake City, UT 84130-0285**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2   2   0   4**

When was the debt incurred?          **4/1/2014**

**$474.00**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CreditCard**

---

**4.16** **Capital One**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 30285**

Number          Street

**Salt Lake City, UT 84130-0285**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **4   9   1   0**

When was the debt incurred?          **4/1/2016**

**$337.00**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CreditCard**

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed  11/18/24   Page 17 of 44

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.17** **Capital One**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 30285**
Number          Street

**Salt Lake City, UT 84130-0285**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number     4   4   7   1          $0.00

When was the debt incurred?          9/1/2013

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

---

**4.18** **Citi Card/Best Buy**
Nonpriority Creditor's Name

**Attn: Citicorp Cr Srvs**

**PO Box 790040**
Number          Street

**St Louis, MO 36179-0040**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number     9   0   6   5          $0.00

When was the debt incurred?          8/29/2015

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

---

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed  11/18/24   Page 18 of 44

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.19** **Citi Card/Best Buy**

Nonpriority Creditor's Name

**Attn: Citicorp Cr Srvs**

**PO Box 790040**

Number          Street

**St Louis, MO 36179-0040**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number     6  4  5  8          **$0.00**

**When was the debt incurred?**          5/19/2018

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     **CreditCard**

---

**4.20** **Citibank**

Nonpriority Creditor's Name

**Centralized Bankruptcy/CitiCorp**

**5800 S Corporate Pl**

Number          Street

**Sioux Falls, SD 57108-5027**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number     9  2  2  0          **$0.00**

**When was the debt incurred?**          10/1/2021

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     **CreditCard**

---

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed  11/18/24   Page 19 of 44

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.21** **Citibank**

Nonpriority Creditor's Name

**Centralized Bankruptcy/CitiCorp**

**5800 S Corporate Pl**

Number        Street

**Sioux Falls, SD 57108-5027**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **6    8    5    7**        $0.00

**When was the debt incurred?**        **11/1/2023**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CreditCard**

---

**4.22** **Citibank/Office Depot**

Nonpriority Creditor's Name

**Citicorp Cr Srvs/Centralized Bankruptcy**

**PO Box 790040**

Number        Street

**St Louis, MO 63179-0040**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5    5    5    8**        $0.00

**When was the debt incurred?**        **6/16/2018**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **ChargeAccount**

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed  11/18/24   Page 20 of 44

| Debtor 1 | John | David | McComas | | Case number *(if known)* | 24-00960 |
|---|---|---|---|---|---|---|
| Debtor 2 | Christine | Lee | McComas | | | |
| | First Name | Middle Name | Last Name | | | |

<table>
<tr><td colspan="3"><strong>Part 2:</strong></td><td colspan="3"><strong>Your NONPRIORITY Unsecured Claims — Continuation Page</strong></td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.23** **Citibank/The Home Depot**

Nonpriority Creditor's Name

**Citicorp Cr Srvs/Centralized Bankruptcy**

**PO Box 790040**

Number                Street

**Saint Louis, MO 63129**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2  7  1  2**                $0.00

**When was the debt incurred?**        **12/3/2020**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **ChargeAccount**

---

**4.24** **Comenity Bank/Lane Bryant**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 182125**

Number                Street

**Columbus, OH 43218**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **9  0  5  8**                $0.00

**When was the debt incurred?**        **4/1/2017**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **ChargeAccount**

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed  11/18/24   Page 21 of 44

<table>
<tr><td style="background:black;color:white">Part 2:</td><td><b>Your NONPRIORITY Unsecured Claims — Continuation Page</b></td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          **Total claim**

**4.25**

**Comenity Bank/Torrid**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 182125**
Number          Street

**Columbus, OH 43218**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    5   2   1   7          **$0.00**

When was the debt incurred?          4/1/2009

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **ChargeAccount**

**4.26**

**Comenity Capital**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 182125**
Number          Street

**Columbus, OH 43218**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    7   2   1   9          **$0.00**

When was the debt incurred?          9/20/2013

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CreditCard**

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed  11/18/24   Page 22 of 44

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

---

**4.27** **Comenity/Boot Barn**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 182125**

Number          Street

**Columbus, OH 43218**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number    4  5  6  8          $0.00

When was the debt incurred?          9/1/2018

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **ChargeAccount**

---

**4.28** **Comenity/Ulta**

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept**

**PO Box 182125**

Number          Street

**Columbus, OH 43218**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number    4  2  4  3          $0.00

When was the debt incurred?          4/5/2017

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **CreditCard**

---

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed  11/18/24   Page 23 of 44

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                     **Total claim**

### 4.29 Conduent

Nonpriority Creditor's Name

**Loans moved to other servicers**

Number          Street

**Utica, NY 13504-7051**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number    1  5  6  2          $0.00

When was the debt incurred?          4/23/2001

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify _____

### 4.30 Conduent/Uheaa

Nonpriority Creditor's Name

**Conduent shut down operations 9/1/2019 transferred loans to new loan servicer**

Number          Street

**Utica, NY 13504**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number    1  5  6  1          $0.00

When was the debt incurred?          11/17/2008

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify _____

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed  11/18/24   Page 24 of 44

| Debtor 1 | John | David | McComas | Case number (if known) | 24-00960 |
|----------|------|-------|---------|--------|---------|
| Debtor 2 | Christine | Lee | McComas | | |
| | First Name | Middle Name | Last Name | | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

### 4.31 Costco Citi Card

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 6500**

Number                    Street

**Sioux Falls, SD 57117**

City                    State                    ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    2   3   5   5          **$9,522.00**

When was the debt incurred?         **10/1/2019**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **CreditCard**

### 4.32 Costco Citi Card

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 6500**

Number                    Street

**Sioux Falls, SD 57117**

City                    State                    ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    6   1   9   7          **$0.00**

When was the debt incurred?         **10/1/2021**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **CreditCard**

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed   11/18/24   Page 25 of 44

**Part 2:** Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.        **Total claim**

---

**4.33** | **Discover Financial**       Last 4 digits of account number   **6 9 5 1**     **$23,269.00**

Nonpriority Creditor's Name

**Attn: Bankruptcy**        When was the debt incurred?     **3/1/2019**

**PO Box 3025**

Number      Street       As of the date you file, the claim is: Check all that apply.

**New Albany, OH 43054**

City      State      ZIP Code
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**4.34** | **Discover Financial**       Last 4 digits of account number   **0 0 5 9**     **$10,311.00**

Nonpriority Creditor's Name

**Attn: Bankruptcy**        When was the debt incurred?     **9/1/2018**

**PO Box 3025**

Number      Street       As of the date you file, the claim is: Check all that apply.

**New Albany, OH 43054**

City      State      ZIP Code
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed   11/18/24   Page 26 of 44

| Debtor 1 | John | David | McComas | Case number *(if known)* | 24-00960 |
|---|---|---|---|---|---|
| Debtor 2 | Christine | Lee | McComas | | |
| | First Name | Middle Name | Last Name | | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.35 Discover Financial

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 3025**

Number          Street

**New Albany, OH 43054**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  3  6  7  6

When was the debt incurred?          10/1/2021

**$2,769.00**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

---

### 4.36 ECMC

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 16408**

Number          Street

**St Paul, MN 55116-0408**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  0  0  0  1

When was the debt incurred?          11/17/2008

**$0.00**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

U.S. Bankruptcy Court - Hawaii  #24-00960  Dkt # 8  Filed  11/18/24  Page 27 of 44

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.
Total claim

### 4.37 Navient

Nonpriority Creditor's Name

**123 S Justison St**

Number            Street

**Wilmington, DE 19801-5360**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   0  8  1  9          $0.00

When was the debt incurred?          4/1/2001

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   GovernmentUnsecuredGuaranteeLoan

### 4.38 Rushmore Loan Mgmt Srvc

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**P.O. Box 55004**

Number            Street

**Irvine, CA 92619**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   0  3  2  1          $0.00

When was the debt incurred?          2/16/2021

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   ConventionalRealEstateMortgage

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed   11/18/24   Page 28 of 44

| Debtor 1 | John | David | McComas | Case number *(if known)* | **24-00960** |
|---|---|---|---|---|---|
| Debtor 2 | **Christine** | **Lee** | **McComas** | | |
| | First Name | Middle Name | Last Name | | |

<table>
<tr><td colspan="3"><b>Part 2:</b>    <b>Your NONPRIORITY Unsecured Claims — Continuation Page</b></td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.39** | **SAFE Credit Union**

Nonpriority Creditor's Name

**2295 Iron Point Road, Ste 100**

Number      Street

**Folsom, CA 35630-8765**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **9**   **6**   **0**   **0**      **$0.00**

When was the debt incurred?      **2/1/2018**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Automobile**

---

**4.40** | **Syncb/Care Credit**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 965061**

Number      Street

**Orlando, FL 32896-5061**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **8**   **7**   **5**   **7**      **$0.00**

When was the debt incurred?      **1/1/2007**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **UnknownLoanType**

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed   11/18/24   Page 29 of 44

| Debtor 1 | John | David | McComas | Case number *(if known)* | 24-00960 |
|----------|------|-------|---------|----------|----------|
| Debtor 2 | Christine | Lee | McComas | | |
| | First Name | Middle Name | Last Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="4"><strong>Your NONPRIORITY Unsecured Claims — Continuation Page</strong></td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.41** **Synchrony Bank**

Nonpriority Creditor's Name

**PO Box 105972**

Number          Street

**Atlanta, GA 30348**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **9  7  2  7**          **$0.00**

When was the debt incurred?          **5/1/2001**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **UnknownLoanType**

---

**4.42** **Synchrony Bank/Amazon**

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept.**

**PO Box 965060**

Number          Street

**Orlando, FL 32896**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **5  3  3  4**          **$0.00**

When was the debt incurred?          **4/8/2016**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **ChargeAccount**

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed  11/18/24   Page 30 of 44

| Debtor 1 | John | David | McComas | Case number *(if known)* | 24-00960 |
|----------|------|-------|---------|------|------|
| Debtor 2 | Christine | Lee | McComas | | |
| | First Name | Middle Name | Last Name | | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

**4.43**

**Synchrony Bank/Amazon**

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept.**

**PO Box 965060**

Number          Street

**Orlando, FL 32896**

City                    State                    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5  6  1  2          **$0.00**

When was the debt incurred?          **11/1/2017**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **ChargeAccount**

---

**4.44**

**Synchrony Bank/Care Credit**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**777 Long Ridge Rd**

Number          Street

**Stamford, CT 06902**

City                    State                    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    7  6  2  7          **$0.00**

When was the debt incurred?          **6/1/2012**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **UnknownLoanType**

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed  11/18/24   Page 31 of 44

**Part 2:**   **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                     **Total claim**

---

**4.45**   **Synchrony Bank/JCPenney**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 965060**

Number            Street

**Orlando, FL 32896-5060**

City                State              ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Last 4 digits of account number | 6 0 9 5 | $0.00 |
|---|---|---|

**When was the debt incurred?**            **4/29/2019**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **ChargeAccount**

---

**4.46**   **Synchrony Bank/TJX**

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept.**

**P.o. Box 965960**

Number            Street

**Orlando, FL 32896-0001**

City                State              ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Last 4 digits of account number | 4 3 6 6 | $0.00 |
|---|---|---|

**When was the debt incurred?**            **7/7/2015**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

---

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed  11/18/24   Page 32 of 44

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

---

**4.47**

**Synchrony/Music**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 965060**

Number       Street

**Orlando, FL 32896-5060**

City       State       ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **9  0  7  9**

When was the debt incurred?   **7/3/2016**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **ChargeAccount**

**$0.00**

---

**4.48**

**U.S. Small Business Administration**

Nonpriority Creditor's Name

**Po Box 3918**

Number       Street

**Portland, OR 97208-3918**

City       State       ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **7  9  0  6**

When was the debt incurred?   **3/22/2024**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Personal Guarantee on Business Debt**

**$172,369.48**

---

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed   11/18/24   Page 33 of 44

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

**4.49** **U.S. Small Business Administration**

Nonpriority Creditor's Name

**Po Box 3918**

Number    Street

**Portland, OR 97208-3918**

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **7  0  0  5**    $24,199.51

**When was the debt incurred?**    **3/22/2024**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Personal Guarantee on Business Debt**

---

**4.50** **U.S. Small Business Administration**

Nonpriority Creditor's Name

**Po Box 3918**

Number    Street

**Portland, OR 97208-3918**

City    State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **7  9  0  7**    $36,021.88

**When was the debt incurred?**    **3/22/2024**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Personal Guarantee on Business Debt**

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed  11/18/24   Page 34 of 44

| Debtor 1 | John | David | McComas | Case number (if known) __24-00960__ |
|---|---|---|---|---|

| Debtor 2 | Christine | Lee | McComas |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          **Total claim**

---

**4.51**  **U.S. Small Business Administration**

Nonpriority Creditor's Name

**Po Box 3918**

Number          Street

**Portland, OR 97208-3918**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          $24,199.51

**When was the debt incurred?**          3/22/2024

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Personal Guarantee on Business Debt**

---

**4.52**  **Wells Fargo Bank NA**

Nonpriority Creditor's Name

**MAC F8235-02F**

**Po Box 10438**

Number          Street

**Des Moines, IA 50306-0438**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  0  0  5  2          $0.00

**When was the debt incurred?**          4/1/2022

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CreditCard**

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed  11/18/24   Page 35 of 44

| Debtor 1 | John | David | McComas | Case number *(if known)* 24-00960 |
|---|---|---|---|---|
| Debtor 2 | Christine | Lee | McComas | |
| | First Name | Middle Name | Last Name | |

**Part 3:**  **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**1** Small Business Administration
Name

Loan Service Center

14925 Kingsport Rd
Number          Street

Fort Worth, TX 76155-2243
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.48** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    7  9  0  6

**2** Small Business Administration
Name

Loan Service Center

14925 Kingsport Rd
Number          Street

Fort Worth, TX 76155-2243
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.48** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    7  9  0  6

**3** Small Business Administration
Name

Loan Service Center

14925 Kingsport Rd
Number          Street

Fort Worth, TX 76155-2243
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.49** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    7  0  0  5

**4** US Small Business Administration
Name

409 3rd St Sw
Number          Street

Washington, DC 20416-0011
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.49** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    7  0  0  5

**5** US Small Business Administration
Name

500 Ala Moana Blvd. Suite 1-306
Number          Street

Honolulu, HI 96813
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.49** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    7  0  0  5

**6** Aloha BookKeeping
Name

15-1769 15th Ave
Number          Street

Keaau, HI 96749
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.49** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed   11/18/24   Page 36 of 44

| Debtor 1 | John | David | McComas | Case number *(if known)* | **24-00960** |
|----------|------|-------|---------|--------------------------|--------------|
| Debtor 2 | **Christine** | **Lee** | **McComas** | | |
| | First Name | Middle Name | Last Name | | |

| Part 3: | List Others to Be Notified About a Debt That You Already Listed - Additional Page |
|---------|-----------------------------------------------------------------------------------|

**7**

**Aloha Appliance**
Name

**15-1769 15th Ave**
Number        Street

**Keaau, HI 96749**
City                    State              ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.50** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**8**

**Small Business Administration**
Name

**Loan Service Center**

**14925 Kingsport Rd**
Number        Street

**Fort Worth, TX 76155-2243**
City                    State              ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.50** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **7** **9** **0** **7**

---

**9**

**US Small Business Administration**
Name

**500 Ala Moana Blvd. Suite 1-306**
Number        Street

**Honolulu, HI 96813**
City                    State              ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.50** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**10.**

**Aloha Appliance**
Name

**15-1769 15th Ave**
Number        Street

**Keaau, HI 96749**
City                    State              ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.51** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**11**

**US Small Business Administration**
Name

**500 Ala Moana Blvd. Suite 1-306**
Number        Street

**Honolulu, HI 96813**
City                    State              ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.51** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**12**

**Small Business Administration**
Name

**Loan Service Center**

**14925 Kingsport Rd**
Number        Street

**Fort Worth, TX 76155-2243**
City                    State              ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.51** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed  11/18/24   Page 37 of 44

| Debtor 1 | John | David | McComas | Case number *(if known)* __24-00960__ |
|---|---|---|---|---|
| Debtor 2 | Christine | Lee | McComas | |
| | First Name | Middle Name | Last Name | |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

|  |  |  | | **Total claim** |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$5,800.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$0.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | **$5,800.00** |

|  |  |  | | **Total claim** |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$367,976.38** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$367,976.38** |

U.S. Bankruptcy Court - Hawaii   #24-00960   Dkt # 8   Filed  11/18/24   Page 38 of 44

**Affirm, Inc.**
30 Isabella St Fl 4
Pittsburgh, PA 15212-5862

**Aloha Appliance**
15-1769 15th Ave
Keaau, HI 96749

**Aloha BookKeeping**
15-1769 15th Ave
Keaau, HI 96749

**Amex**
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

**Aspire Serving Center**
Attn: Bankruptcy
PO Box 659705
West Des Moines, IA 50365-0970

**Bank of America**
PO Box 15796
Wilmington, DE 19886

**Barclays Bank Delaware**
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899-8801

**Big Island Fcu**
66 Lono St
Hilo, HI 96720

**Capital One**
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

**Chex Systems Inc.**
ATTN Consumer Relations
7805 Hudson Rd. Ste. 100
Saint Paul, MN 55125

**Citi Card/Best Buy**
Attn: Citicorp Cr Srvs
PO Box 790040
St Louis, MO 36179-0040

**Citibank**
Centralized Bankruptcy/CitiCorp
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

**Citibank/Office Depot**
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040

**Citibank/The Home Depot**
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63129

**Comenity Bank/Lane Bryant**
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

**Comenity Bank/Torrid**
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

**Comenity Capital**

Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

**Comenity/Boot Barn**

Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

**Comenity/Ulta**

Attn: Bankruptcy Dept
PO Box 182125
Columbus, OH 43218

**Conduent**

Loans moved to other servicers
Utica, NY 13504-7051

**Conduent/Uheaa**

Conduent shut down operations 9/1/2019
transferred loans to new loan servicer
Utica, NY 13504

**Costco Citi Card**

Attn: Bankruptcy
PO Box 6500
Sioux Falls, SD 57117

**Department of Taxation**

Attn: Bankruptcy Unit
PO Box 259
Honolulu, HI 96809

**Discover Financial**

Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054

**ECMC**
Attn: Bankruptcy
PO Box 16408
St Paul, MN 55116-0408

**Equifax Credit Info Service**
PO Box 740241
Atlanta, GA 30374

**Experian**
PO Box 2002
Allen, TX 75013

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101

**Internal Revenue Service**
PO Box 21126
Philadelphia, PA 19114

**Navient**
123 S Justison St
Wilmington, DE 19801-5360

**Planet Home Lending, LLC**
321 Research Parkway Suite 303
Meriden, CT 06450

**Rushmore Loan Mgmt Srvc**
Attn: Bankruptcy
P.O. Box 55004
Irvine, CA 92619

**SAFE Credit Union**
2295 Iron Point Road, Ste 100
Folsom, CA 35630-8765


**Small Business
Administration**
Loan Service Center
14925 Kingsport Rd
Fort Worth, TX 76155-2243

**Syncb/Care Credit**
Attn: Bankruptcy
PO Box 965061
Orlando, FL 32896-5061


**Synchrony Bank**
PO Box 105972
Atlanta, GA 30348


**Synchrony Bank/Amazon**
Attn: Bankruptcy Dept.
PO Box 965060
Orlando, FL 32896


**Synchrony Bank/Care Credit**
Attn: Bankruptcy
777 Long Ridge Rd
Stamford, CT 06902


**Synchrony Bank/JCPenney**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060


**Synchrony Bank/TJX**
Attn: Bankruptcy Dept.
P.o. Box 965960
Orlando, FL 32896-0001

**Synchrony/Music**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060


**Telecheck**
5565 Glenridge Connector, N.E.
Atlanta, GA 30342


**TransUnion**
PO Box 2000
Crum Lynne, PA 19022


**U.S. Small Business Administration**
Po Box 3918
Portland, OR 97208-3918


**US Small Business Administration**
409 3rd St Sw
Washington, DC 20416-0011


**US Small Business Administration**
500 Ala Moana Blvd. Suite 1-306
Honolulu, HI 96813


**Wells Fargo Bank NA**
MAC F8235-02F
Po Box 10438
Des Moines, IA 50306-0438